UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
ELECTRONICALLY FILED

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, et al. ) ) ) *Plaintiffs* ) ) and ) ) SAFECO INSURANCE COMPANY OF ILLINOIS ) ) ) *Intervening Plaintiff* ) ) v. ) ) SWIFT & STALEY SERVICES, LLC, et al. ) ) ) ) *Defendants* ) | Civil Action No. 5:18-cv-00027-TBR |

## ORDER GRANTING INTERVENING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CECILIA NEWBERRY

A telephonic conference was held on 12/11/2018.

      This matter having come before this Court on the motion of Intervening Plaintiff, Safeco Insurance Company of Illinois, for default judgment on its intervening complaint for declaratory relief against Defendant, Cecilia Newberry, individually and as executrix of the estate of Van Newberry, and this Court in all ways being duly and sufficiently advised:

THIS COURT FINDS that Defendant, Cecilia Newberry, individually and as executrix of the estate of Van Newberry, having failed to plead or otherwise respond to the Intervening Plaintiff's complaint for declaratory relief, is in default.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the motion of the Intervening Plaintiff, Safeco Insurance Company Illinois, for a default judgment against Defendant Cecilia Newberry, individually and as executrix of the estate of Van Newberry, of record in this action as provided by Federal Rule of Civil Procedure 55(b) is GRANTED.

ACCORDINGLY, Defendant, Cecilia Newberry, individually and as executrix of the estate of Van Newberry is not entitled to underinsured motorists benefits under Safeco Insurance Company of Illinois' policy.

There being no just cause for delay, this is a final and appealable order.
This case is now closed.

**Thomas B. Russell, Senior Judge**
**United States District Court**

December 21, 2018

cc: Counsel
Cecilia Newberry
8060 Old Cairo Road
Paducah, KY 42086

P/05
12/11 call